Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRIFUGAL SOFTWARE, INC.

Plaintiff,

08 CIV No. 5463

-v-

**Rule 7.1 Statement**

SOFTNET COMMUNICATIONS, INC., et al.

Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff CENTRIFUGAL SOFTWARE, INC.                (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff has no corporate parents, affiliates and/or subsidiaries

**Date:** June 16, 2008

**Signature of Attorney**

**Attorney Bar Code:** SM-0298

Form Rule7_1.pdf  SDNY Web 10/2007