# PERSONAL SERVICE AFFIDAVIT
ESSENTIAL SERVICES GROUP
555 EIGHTH AVE, SUITE 1901
NEW YORK, N.Y. 10018
WWW.ESSENTIALSERVICESGROUP.COM
(212) 760-2300
FAX: (212)-760-0188

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OPF NEW YORK

CENTRIFUGAL FORCE, INC.

VS.

INDEX#08CIV5463

SOFTNET COMMUNICATION, INC., ET AL.

New York State, County of New York SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **JUNE 19/08 AT 2:35P.M. at BENY SOFER, INC. 587 FIFTH AVE., 9TH FLOOR NEW YORK, N..Y. 10017** Deponent served the annexed **SUMMONS IN A CIVIL ACTION;
CIVIL COVER SHEET;
RULE 701 STATEMENT;
COMPLAINT;
INDIVIDUAL PRACTICES OF JUDGE MCMAHON;
INDIVIDUAL PRACTICES OF JUDGE GABRIEL W. GORENSTEIN;
ELECTRONIC CASE FILING RULES & INSTRUCTIONS,**
upon **BENY SOFER** by delivering a true copy to said **BENY SOFER** personally.
   At the time of service Deponent asked the person spoken to whether BENY SOFER was in the military service of the U.S. Government and was told BENY SOFER was not

Deponent describes the individual served as follows:

Sex/Skin Color (race): MALE/ WHITE
Hair color/Approximate Age: WHITE/70+
Approximate height/approximate Weight: 5'10"/220 LBS.

*Jack Johnson*

84/ PS6.08- -

71.
SWORN TO BEFORE ME THIS
20 DAY OF June /08

*Julius D. Ringelheim*
NO. 01RI4887686
QUALIFIED IN QUEENS COUNTY
COMMISSION EXP. 3/23/11
NOTARY PUBLIC STATE OF N.Y.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Centrifugal Force, Inc. d/b/a Wise Choice Software

V.

Softnet Communication, Inc., ISM Software, Michael Mardkha individually, Beny Sofer, Inc. and Beny Sofer individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5463

TO: (Name and address of Defendant)

BENY SOFER
Beny Sofer, Inc.                OR         530 East 72nd Street, Apt. 20-C
587 Fifth Avenue, 9th Floor                New York, NY 10021
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 1 7 2008

CLERK                                                 DATE

(By) DEPUTY CLERK