**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OPF NEW YORK

CENTRIFUGAL FORCE, INC.

VS.                    INDEX#08CIV5463

SOFTNET COMMUNICATION, INC., ET AL.

State of New York, County of New York,SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **JUNE 19/08 AT 3:35P.M.(AT THE TIME OF SERVICE DEPONENT SPOKE DIRECTLY TO MR. SOFER AND SAW HIM THROUGH A GLASS PARTITION. MR. SOFER REFUSED TO OPEN THE DOOR AND ACCEPT SERVICE SAYING THAT DEPONENT SHOULD MAIL IT BY CERTIFIED MAIL. HOWEVER DEPONENT TOLD HIM THAT HE IS SERVED AND LEFT THE PAPERS IN THE RECEIVING WELL THAT WAS BETWEEN DEPONENT AND  MR. SOFER at: 587 FIFTH AVE., 9TH FLOOR
NEW YORK, N..Y. 10017**  Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION;**
**CIVIL COVER SHEET;**
**RULE 701 STATEMENT;**
**COMPLAINT;**
**INDIVIDUAL PRACTICES OF JUDGE MCMAHON;**
**INDIVIDUAL PRACTICES OF JUDGE GABRIEL W. GORENSTEIN;**
**ELECTRONIC CASE FILING RULES & INSTRUCTIONS,**

on **BENY SOFER, INC.**
by delivering thereat a true copy to BENY SOFER (PRINCIPLE)
personally;  Who represented to deponent the (s)he was authorized to accept service  of process on behalf of BENY SOFER, INC.

   Deponent describes the individual served as follows:
Sex/Race(skin color): MALE/WHITE
Hair/ Approximate Age: WHITE/ 70+
Approximate height/Approximate weight: 5'10"/220 LBS.

84/ PS6.08- -      72
sworn to before me this
___ day _JUNE/08_
UPDATE CLIENT

*Jack Johnson*

*Julius D. Ringelheim*

JULIUS D. RINGELHEIM
NO. 01RI4387686
QUALIFIED IN QUEENS COUNTY
COMMISSION EXP. 3/23/11
NOTARY PUBLIC STATE OF N.Y.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Centrifugal Force, Inc. d/b/a Wise Choice Software

V.

Softnet Communication, Inc., ISM Software, Michael Mardkha individually, Beny Sofer, Inc. and Beny Sofer individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5463

TO: (Name and address of Defendant)

Beny Sofer, Inc.
587 Fifth Avenue, 9th Floor   OR   530 East 72nd Street, Apt. 20-C
New York, NY 10017                    New York, NY 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 7 2008

J. MICHAEL McMAHON

CLERK                                                                 DATE

(By) DEPUTY CLERK