**ESSENTIAL SERVICES GROUP
555 EIGHTH AVE., SUITE 1901
NEW YORK, N.Y. 10018
TEL.212-760-2300
FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OPF NEW YORK

---

CENTRIFUGAL FORCE, INC.

VS.                                INDEX#08CIV5463

SOFTNET COMMUNICATION, INC., ET AL.

---

State of New York, County of New York,SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **JUNE 26/08 AT 12:25P.M.** at:
**C/O DARBY & DARBY
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, N.Y. 10007-0042**   Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION;
CIVIL COVER SHEET;
RULE 701 STYATEMENT;
COMPLAINT;
INDIVIDUAL PRACTICES OF JUDGE GABRIEL W. GORENSTEIN;
INDIVIDUAL PRACTICES OF JUDGE MCMAHON;
ELECTRONIC CASE FILING RULES & INSTRUCTIONS,**

on **MICHAEL MARDKHA**
by delivering thereat a true copy to ANNETTE MCQUIRE (SENIOR LITIGATION PARALEGAL)
personally; Who represented to deponent the (s)he was authorized to accept service of process on behalf of MICHAEL MARDKHA

   Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/WHITE
Hair/ Approximate Age: RED(BROWN)/ 25-35 YRS.
Approximate height/Approximate weight: 5'2"/201 LBS.

*Jack Johnson*

84/ PS6.08- -      111
sworn to before me this
   27 day  June /08
UPDATE CLIENT

*[Notary seal: JULIUS D. RINGELHEIM, NO. 01RI4987686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF N.Y.]*