**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OPF NEW YORK

CENTRIFUGAL FORCE, INC.

VS.                    INDEX#08CIV5463

SOFTNET COMMUNICATION, INC., ET AL.

State of New York, County of New York,SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **JUNE 26/08 AT 12:25 P.M. at:**
**C/O DARBY& DARBY**
**7 WORLD TRADE CENTER**
**250 GREENWICH STREET**
**NEW YORK, N.Y. 1007-20042**  Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION;**
**CIVIL COVER SHEET;**
**RULE 701 STYATEMENT;**
**COMPLAINT;**
**INDIVIDUAL PRACTICES OF JUDGE MCMAHON;**
**INDIVIDUAL PRACTICES OF JUDGE GABRIEL W. GORENSTEIN**
**ELECTRONIC CASE FILING RULES & INSTRUCTIONS,**

on **SOFTNET COMMUNICATION, INC.**
by delivering thereat a true copy to ANNETTE MCGUIRE (SENIOR LITIGATION PARALEGAL)
personally; Who represented to deponent the (s)he was authorized to accept service of process on behalf of SOFTNET COMMUNICATION, INC.

   Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/WHITE
Hair/ Approximate Age: RED (BROWN) / 25-35 YRS.
Approximate height/Approximate weight: 5"2" / 201 LBS.

   84/ PS6.08- -     75
sworn to before me this
27 day June/08