UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENTRIFUGAL FORCE, INC. doing business as : Case No.: 08 CIV 5463 (CM) (GWG)
WISE CHOICE SOFTWARE, :

                Plaintiff, :

  – against – : **STIPULATION**

SOFTNET COMMUNICATION, INC.; :
ISM SOFTWARE, MICHAEL MARDKHA :
individually, BENY SOFER, INC., and BENY :
SOFER individually, :

                Defendants. :

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

It is hereby stipulated by counsel for plaintiff, Centrifugal Force, Inc., and for defendants Beny Sofer, Inc. and Beny Sofer, individually, that the time for them to respond to the complaint is extended to August 18, 2008.

CODISPOTI & MANCINELLI, LLP

By: _____
Steven Mancinelli (SM 0208)
111 John Street, Ste. 800
New York, NY 10038
(212) 962-6525

Attorneys for plaintiff

FELDMAN WEINSTEIN & SMITH LLP

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

Attorneys for defendants Beny Sofer, Inc.
and Beny Sofer, individually

SO ORDERED:

7/16/08
Date

_____
United States District Judge