IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
CENTRIFUGAL FORCE, INC.,            )
                                    )
              Plaintiff,            )     1:08-cv-05463-CM
                                    )     **ECF CASE**
       v.                           )
                                    )
SOFTNET COMMUNICATION, INC.,        )
ISM SOFTWARE, MICHAEL MARDKHA       )
individually, BENY SOFER, INC.,     )
and BENY SOFER individually,        )
                                    )
              Defendants.           )
--------------------------------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for Defendants, *SOFTNET COMMUNICATION, INC., ISM SOFTWARE, AND MICHAEL MARDKHA*.

Respectfully submitted,

DARBY & DARBY, P.C.

Date: July 29, 2008            By: s/ Amy J. Benjamin
      New York, NY                 Melvin C. Garner (MCG-6951)
                                   Amy J. Benjamin (AB-6886)
                                   7 World Trade Center
                                   250 Greenwich Street
                                   New York, NY  10007-0042
                                   Tel.:  (212) 527-7700
                                   Fax:   (212) 527-7701
                                   Email:  mgarner@darbylaw.com
                                   Email:  abenjamin@darbylaw.com

                                   *Attorneys for Defendants*
                                   *Softnet Communication, Inc., ISM Software, and*
                                   *Michael Mardkha.*

{W:\21504\6003267-000\01629869.DOC ||||||||||||||||||||||||||||||||||||||| }

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2008, I electronically filed **NOTICE OF APPEARANCE** of Amy J. Benjamin using the CM/ECF system, which sent notification of such filing to the following:

**Steven Mancinelli**
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038
212-962-6525
Fax: 212-962-6791
Email: smancinelli.codmanllp@earthlink.net
*Attorneys for Plaintiff*

**Eric Weinstein**
**David J. Galalis**
Feldman Weinstein & Smith, LLP
420 Lexington Avenue, Ste. 2620
New York, NY 10170
212-869-7000
Fax: 212-997-4242
Email: eweinstein@feldmanweinstein.com
Email: dgalalis@feldmanweinstein.com
*Attorneys for Defendants*
*Beny Sofer, Inc. and Beny Sofer, individually*

*Attorneys for Defendants*
*Softnet Communication, Inc., ISM Software, and Michael Mardkha.*

s/ Amy J. Benjamin
Amy J. Benjamin