IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CENTRIFUGAL FORCE, INC., | ) |
| Plaintiff, | ) 1:08-cv-05463-CM |
| | ) **ECF CASE** |
| v. | ) |
| SOFTNET COMMUNICATION, INC., ISM SOFTWARE, MICHAEL MARDKHA individually, BENY SOFER, INC., and BENY SOFER individually, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for Defendants, *SOFTNET COMMUNICATION, INC., ISM SOFTWARE, AND MICHAEL MARDKHA*.

Respectfully submitted,

DARBY & DARBY, P.C.

Date: July 29, 2008
 New York, NY

By: s/ Melvin G. Garner
Melvin C. Garner (MCG-6951)
Amy J. Benjamin (AB-6886)
7 World Trade Center
250 Greenwich Street
New York, NY  10007-0042
Tel.:  (212) 527-7700
Fax:  (212) 527-7701
Email:  mgarner@darbylaw.com
Email:  abenjamin@darbylaw.com

*Attorneys for Defendants*
*Softnet Communication, Inc., ISM Software, and Michael Mardkha.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed **NOTICE OF APPEARANCE** of Melvin C. Garner using the CM/ECF system, which sent notification of such filing to the following:

**Steven Mancinelli**
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038
212-962-6525
Fax: 212-962-6791
Email: smancinelli.codmanllp@earthlink.net
*Attorneys for Plaintiff*

**Eric Weinstein**
**David J. Galalis**
Feldman Weinstein & Smith, LLP
420 Lexington Avenue, Ste. 2620
New York, NY 10170
212-869-7000
Fax: 212-997-4242
Email: eweinstein@feldmanweinstein.com
Email: dgalalis@feldmanweinstein.com
*Attorneys for Defendants*
*Beny Sofer, Inc. and Beny Sofer, individually*

*Attorneys for Defendants*
*Softnet Communication, Inc., ISM Software, and Michael Mardkha.*

s/ Melvin C. Garner
Melvin C. Garner