UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CENTRIFUGAL FORCE, INC. doing
business as WISE CHOICE SOFTWARE,

           Plaintiff,

           v.

SOFTNET COMMUNICATION, INC.,
ISM SOFTWARE, MICHAEL MARDKHA
individually, BENY SOFER, INC., and BENY
SOFER individually,

           Defendants.
---------------------------------------------------------------x

Case No.: 08-CV-5463 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

### STIPULATION TO VACATE ENTRY OF DEFAULT

Plaintiff, Centrifugal Force, Inc. dba Wise Choice Software and Defendants Softnet Communications, Inc., ISM Software and Michael Mardka (collectively the "Softnet Defendants"), by their undersigned attorneys, hereby stipulate that the entry of default be vacated and that the Softnet Defendants shall have up to and including August 25, 2008 to answer or otherwise respond to the Complaint.

The Softnet Defendants agree to waive any jurisdictional challenges to the service of the Complaint.

                                                                   Respectfully submitted,

CODISPOTI & MANCINELLI, LLP

By: _____              Date: July 29, 2008
     Steven Mancinelli (SM-0208)
     111 John Street, Suite 800
     New York, New York 10038
     212-962-6525

*Attorneys for Plaintiff*
*Centrifugal Force, Inc. dba Wise Choice Software*

DARBY & DARBY PC

By: _____     Date: 7/29/08
Melvin C. Garner (MG6951)
Amy J. Benjamin (AB-6886)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212-527-7700

*Attorneys for Defendants*
*Softnet Communications, Inc., ISM Software*
*and Michael Mardkha*

So Ordered:

This 30 day of July 2008.

_____
Hon. Colleen McMahon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008 a true and complete copy of the foregoing **STIPULATION TO VACATE ENTRY OF DEFAULT** was caused to be served upon all parties by electronic mail and first-class mail as follows:

**Steven Mancinelli**
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038
212-962-6525
Fax: 212-962-6791
Email: smancinelli.codmanllp@earthlink.net
Attorneys for Plaintiff

**Eric Weinstein**
**David J. Galalis**
Feldman Weinstein & Smith, LLP
420 Lexington Avenue, Ste. 2620
New York, NY 10170
212-869-7000
Fax: 212-997-4242
Email: eweinstein@feldmanweinstein.com
Email: dgalalis@feldmanweinstein.com
*Attorneys for Defendants*
*Beny sofer, Inc. and Beny Sofer, individually*

*[signature]*

{W:\21504\6003267-000\01630269.DOC llllllllllllllllllll}