# Feldman Weinstein & Smith

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

**Eric Weinstein**
direct: 212-931-8701
eweinstein@feldmanweinstein.com

August 18, 2008

By Fax (212) 805-6326

Hon. Colleen McMahon
United States District Judge
500 Pearl Street, Room 640
New York, NY 10007

*Request granted.*

Re: Centrifugal Force v. Sofnet, et al.
Docket No. 08 Civ. 5463

Dear Judge McMahon:

I represent defendants Beny Sofer, Inc. and Beny Sofer, individually, in the referenced case. I am writing to request an additional, one-week extension of time to respond to the complaint.

Plaintiff's counsel has consented, and executed the attached stipulation, to extend the deadline to August 25, 2008, which is the date the primary defendants are to respond. The initial pretrial conference in this case is scheduled for September 26th.

Thank you for your consideration.

Respectfully yours,

Eric Weinstein

Enclosure

cc: Steven Mancinelli, Esq. (by fax)

Feldman Weinstein & Smith LLP   |   420 Lexington Avenue, New York, NY 10170   |   T – 212-869-7000   F – 212-997-4242
ATTORNEYS AT LAW                    www.feldmanweinstein.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRIFUGAL FORCE, INC. doing business as    Case No.: 08 CV 5463 (CM) (GWG)
WISE CHOICE SOFTWARE,

      Plaintiff,

 – against –

            **STIPULATION**

SOFTNET COMMUNICATION, INC.;
ISM SOFWARE; MICHAEL MARDKHA,
individually, BENY SOFER, INC.; and
BENY SOFER, individually,

     Defendants.

It is hereby stipulated by the undersigned counsel that the time for defendants Beny

Sofer, Inc. and Beny Sofer, individually to respond to the complaint is extended to August 25,

2008.

Dated: New York, New York
   August 18, 2008

CODISPOTTI & MANCINELLI, LLP     FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff        Attorneys for defendants Beny Sofer,
                  Inc. and Beny Sofer, individually

By: _____   By: _____
Steven Mancinelli (SM-6208)     Jerry Weinstein (JW-5423)
111 John Street, Ste 800       David Chelila (DC-1654)
New York, NY 10038        420 Lexington Avenue, Ste. 2620
(212) 962-6525         New York, NY 10170
               (212) 869-7000

SO ORDERED:

_____     _____
Date               United States District Judge