IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
CENTRIFUGAL FORCE, INC.,         )
                                 )
                Plaintiff,       )      1:08-cv-05463-CM
                                 )      ECF CASE
        v.                       )
                                 )
SOFTNET COMMUNICATION, INC.,     )
ISM SOFTWARE, MICHAEL MARDKHA    )
individually, BENY SOFER, INC.,  )
and BENY SOFER individually,     )
                                 )
                Defendants.      )
------------------------------------------------------ x
```

**DEFENDANTS SOFTNET COMMUNICATION, INC.,
ISM SOFTWARE AND MICHAEL MARDKHA'S
<u>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, SoftNet Communication, Inc. ("SoftNet"), ISM Software ("ISM") and Michael Mardkha, individually ("Mardkha"), collectively the "SoftNet Defendants", by their undersigned attorneys hereby certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

1

                          Respectfully submitted,

                          DARBY & DARBY, P.C.

Date: August 25, 2008        By:  <u>s:/ Amy J. Benjamin</u>
      New York, NY                    Melvin C. Garner (MCG-6951)
                                        Amy J. Benjamin (AB-6886)
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY  10007-0042
                                        Tel.:  (212) 527-7700
                                        Fax:  (212) 527-7701
                                        Email:  mgarner@darbylaw.com
                                        Email:  abenjamin@darbylaw.com

                                        *Attorneys for Defendants*
                                        *SoftNet Communication, Inc., ISM Software, and*
                                        *Michael Mardkha*

3095743.1 6003267-000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I electronically filed **DEFENDANTS SOFTNET COMMUNICATION, INC., ISM SOFTWARE AND MICHAEL MARDKHA'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** using the CM/ECF system, which sent notification of such filing to the following:

**Steven Mancinelli**
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038
212-962-6525
Fax: 212-962-6791
Email: smancinelli.codmanllp@earthlink.net
*Attorneys for Plaintiff*

**Eric Weinstein**
**David J. Galalis**
Feldman Weinstein & Smith, LLP
420 Lexington Avenue, Ste. 2620
New York, NY 10170
212-869-7000
Fax: 212-997-4242
Email: eweinstein@feldmanweinstein.com
Email: dgalalis@feldmanweinstein.com
*Attorneys for Defendants*
*Beny Sofer, Inc. and Beny Sofer, individually*

*Attorneys for Defendants*
*SoftNet Communication, Inc., ISM Software, and*
*Michael Mardkha*

s:/ Annette P. McGuire

3095743.1 6003267-000