UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CENTRIFUGAL FORCE, INC. doing business as WISE CHOICE SOFTWARE, | : <br> : Case No.: 08 cv 5463 (CM) (GWG) |
| Plaintiff, | : |
| – against – | : |
|  | **RULE 7.1 STATEMENT** |
| SOFTNET COMMUNICATION, INC.; ISM SOFTWARE; MICHAEL MARDKHA individually; BENY SOFER, INC.; and BENY SOFER individually, | : <br> : <br> : |
| Defendants. | : <br> : <br> : |

**TAKE NOTICE THAT** Beny Sofer, Inc., by its counsel, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 26, 2008

                                               **FELDMAN WEINSTEIN & SMITH LLP**

                              By:   s/David J. Galalis
                                        Eric Weinstein (EW 5423)
                                        David J. Galalis (DG 1654)
                                        420 Lexington Avenue, Ste. 2620
                                        New York, NY 10170
                                        (212) 869-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2008, I electronically filed the foregoing Rule 7.1 statement with the Clerk of the Court using the ECF system, which shall cause the transmission of a Clerk's Notice of Electronic Filing, which will constitute service upon all ECF Filing-Users, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), Local Rule 5.2, and Part I, Section 9 of the Procedures for Electronic Case filing in the United States District Court for the Southern District of New York.

**FELDMAN WEINSTEIN & SMITH LLP**

By:  s/David J. Galalis
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000