UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CENTRIFUGAL FORCE, INC. doing business as WISE CHOICE SOFTWARE, | Case No.: 08 cv 5463 (CM) (GWG) |
| Plaintiff, |  |
| – against – | **NOTICE OF APPEARANCE** |
| SOFTNET COMMUNICATION, INC.; ISM SOFTWARE; MICHAEL MARDKHA individually; BENY SOFER, INC.; and BENY SOFER individually, |  |
| Defendants |  |

**PLEASE TAKE NOTICE THAT** Eric Weinstein of Feldman Weinstein & Smith, LLP hereby appears as lead counsel to defendants Beny Sofer, Inc. and Beny Sofer in the captioned action.

Dated: New York, New York
       August 27, 2008

**FELDMAN WEINSTEIN & SMITH LLP**

By:   s/Eric Weinstein
      Eric Weinstein (EW 5423)
      420 Lexington Avenue, Ste. 2620
      New York, NY 10170
      (212) 869-7000