McMAHON J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRIFUGAL FORCE, INC. doing business
as WISE CHOICE SOFTWARE,

                  Plaintiff,

v.

SOFTNET COMMUNICATION, INC., ISM
SOFTWARE, MICHAEL MARDKHA
individually, BENY SOFER, INC., and BENY
SOFER individually,

                  Defendants.

Case No.: 08-CV-5463 (CM)

Hon. Colleen McMahon, U.S.D.J.

**STIPULATION EXTENDING BRIEFING SCHEDULE AS TO
MOTION TO DISMISS OF DEFENDANTS BENY SOFER, INC. and BENY SOFER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for Defendant BENY SOFER, INC., and BENY SOFER individually (hereafter the "Sofer Defendants") that Plaintiff shall serve its opposition to the Sofer Defendants' motion to dismiss on or before September 30, 2008. The Sofer Defendants shall serve a reply, if any, on or before October 14, 2008.

Dated: New York, NY
       August 26, 2008

Respectfully submitted:

CODISPOTI & MANCINELLI LLP

By: _____
Steven Mancinelli (SM-0208)
111 John Street, Suite 800
New York, New York 10038
212-962-6525
*Attorneys for Plaintiff
Centrifugal Force, Inc. dba Wise Choice Software*

_____ LLP

By: _____
_____ (___-____)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000
*Attorneys for Defendants Beny Sofer Inc. and Beny Sofer individually*

So Ordered:

_____
Hon. Colleen McMahon, U.S.D.J.

Dated: 8/27/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

## CERTIFICATE OF SERVICE

Steven Mancinelli, an attorney duly admitted to practice before this District Court, hereby declares and certifies, under penalty of perjury, that August 27, 2008, he served a copy of the foregoing STIPULATION, by email and U.S. First Class Mail, postage pre-paid thereon, upon:

>Amy J. Benjamin (AB-6886)
>DARBY & DARBY PC
>7 World Trade Center
>250 Greenwich Street
>New York, New York 10007
>212-527-7700
>Email: ABenjamin@Darbylaw.com
>*Attorneys for Defendants*
>*Softnet Communications, Inc., ISM Software*
>*and Michael Mardkha*
>
>David Galalis (DG-1654)
>FELDMAN WEINSTEIN & SMITH, LLP
>420 Lexington Avenue, Ste. 2620
>New York, NY 10170
>(212) 869-7000
>Email: dgalalis@feldmanweinstein.com
>*Attorneys for Defendants Beny Sofer Inc. and Beny Sofer individually*

Dated:  August 26, 2008

Steven Mancinelli (SM-0208)
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, NY 10038
Phone: 212-962-6525
Fax: 212-962-6791
*Attorneys for Plaintiff Centrifugal Force,*
*Inc. dba Wise Choice Software*