## LAW OFFICES OF
## CODISPOTI & MANCINELLI, LLP
111 JOHN STREET, SUITE 800
NEW YORK, NEW YORK 10038-3002
TELEPHONE: (212) 962-6525
FACSIMILE: (212) 962-6791

www.CodManLLP.com

ATTORNEYS:
STEVEN MANCINELLI
*New York & New Jersey Bars*
BRUNO F. CODISPOTI
*New York Bar*

OF COUNSEL:
RICHARD L. STRAUSS
*Registered Patent Attorney*

SENDER'S EMAIL:
SMANCINELLI@CodManLLP.com

# MEMO ENDORSED

September 3, 2008

Our Ref.: 1335-002-C

Via fax to 212-805-6326

Hon. Colleen McMahon, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

Re: Centrifugal Force, Inc. v. Softnet Communications, Inc., et al., Case No. 08-cv-5463

Dear Judge McMahon:

I am attorney for plaintiff Centrifugal Force, Inc. in the referenced action. The Court has scheduled the initial pretrial conference in this action for September 26, 2008, pursuant to the Court's scheduling order of June 20, 2008.

Defendants' time t answer was extended until August 25, 2008. Defendants Softnet Communications, Inc., Michael Mardkha and ISM Software served their Answer on August 25. Defendants Beny Sofer, Inc. and Beny Sofer filed a motion to dismiss, which will be fully submitted on October 14, 2008 per the stipulation entered on August 28, 2008.

Counsel for each of the parties have conferred together and in light of the foregoing, the parties respectfully request that the Court adjourn the initial case conference to October 31, 2008 at 11:00 AM and that the parties will submit the proposed civil case management plan not later than October 1, 2008.

*[signature]*

*[signature] Colleen McMahon*
9/4/08

LAW OFFICES OF
CODISPOTI & MANCINELLI, LLP

Hon. Coleen McMahon, U.S.D.J.
September 3, 2008
Page 2 of 2

This is the first request for such an adjournment by the parties.

Respectfully submitted,

Steven Mancinelli, Esq.

c:  Amy Benjamin, Esq., attorney for defendants Softnet Communications, ISM Software, and Michael Mardkha (*via email*)
    Eric Weinstein, Esq., attorney for defendants Beny Sofer, Inc. and Beny Sofer (*via email*)