UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CENTRIFUGAL FORCE, INC., et al.,:

                         Plaintiffs,       :

               -v.-                   :

                                   :      08 Civ. 5463 (CM) (GWG)

SOFTNET COMMUNICATION, INC., et al.,

                                 :

                    Defendants.     :
-------------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE


      1. The above-referenced action has been referred to the undersigned for general pre-trial purposes. See 28 U.S.C. § 636(b)(1)(A). All pre-trial applications, including those relating to scheduling and discovery, shall be made to the undersigned and not to Judge McMahon (except motions to dismiss or for judgment on the pleadings, for injunctive relief, or for summary judgment). All applications must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judge_info.php?id=67

      2. The Court is in receipt of the letter dated May 5, 2009 from Mr. Mardkha to Judge McMahon. Mr. Mardkha is free to have counsel appear on his behalf at any time. The Court will not, however, delay the case further to permit this to occur. Accordingly, Mr. Mardkha and the other parties should plan for the contingency that Mr. Mardkha may be proceeding pro se. The scheduling of further events in this case, including consideration of Mr. Markha's request to stay this case for reasons other than a potential plan to retain counsel, will be considered at the conference to be held on May 28, 2009, at 10:15 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New York.

      Mr. Staszulonek shall contact Mr. Mancinelli to arrange for his appearance by telephone at this conference.

      3. Because there are two pro se defendants, the Clerk is directed to designate this case as a non-ECF case.

Dated:  New York, New York
        May 8, 2009

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies mailed to:

Steven Mancinelli
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York , NY 10038

Michael Mardkha
144 W 27th St, Unit 8R
New York, NY 10036

Eric Weinstein
Feldman Weinstein, LLP
420 Lexington Ave., Ste. 2620
New York , NY 10170

Aleksander Staszulonek
Ul. Stzreleckiego 32
44-105 Gliwice
POLAND