USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
       :
CENTRIFUGAL FORCE, INC.,
       :
     Plaintiff,
       :   ORDER
  -v.-
       :   08 Civ. 5463 (CM) (GWG)

       :
SOFTNET COMMUNICATIONS, INC. et al.,
     Defendants.   :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The conference in this matter, previously scheduled for November 12, 2009, at 3:00 p.m. is adjourned to <u>Thursday, January 14, 2009, at 3:30 p.m.</u> in Courtroom 17-A, 500 Pearl Street, New York, New York.

     Counsel for plaintiff is directed to ensure that all parties are aware of the change in the conference date. In addition, counsel for plaintiff is directed to make arrangements so that defendant Aleksander Staszulonek may participate by telephone.

     SO ORDERED.

     Dated: New York, New York
           November 9, 2009

                                     GABRIEL W. GORENSTEIN
                                     United States Magistrate Judge

Copies mailed to:

Steven Mancinelli
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York , NY 10038

Michael Mardkha
144 W 27th St, Unit 8R
New York, NY 10036

Eric Weinstein
Feldman Weinstein, LLP
420 Lexington Ave., Ste. 2620
New York , NY 10170

Aleksander Staszulonek
Ul. Stzreleckiego 32
44-105 Gliwice
POLAND